**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SYNERGY CHC CORP. d/b/a FLAT TUMMY CO., a Nevada corporation,<br><br>Defendant. | **CASE NO.: 2:21-CV-00624-MMD-NJK**<br><br>**ORDER FOR EXTENSION OF TIME FOR DEFENDANT SYNERGY CHC CORP. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant Synergy CHC Corp. and Plaintiff Trove Brands LLC, through their respective counsel, that the time for Defendant to respond to the Complaint is extended for 30 days, up to and including June 16, 2021. The parties intend to use this time to explore the possibility of an early settlement. This is the first such request by the parties.

///

1

Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including June 16, 2021, for Defendant Synergy CHC Corp. to respond to the Complaint.

Dated this 17th day of May, 2021.

| EVANS FEARS & SCHUTTERT LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|---|---|
| By: /s/ Chad R. Fears | By: /s/ Nicole R. Townes |
| Kelly A Evans, Esq.<br>Nevada Bar No. 7691<br>Chad R. Fears, Esq.<br>Nevada Bar No. 6970<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br>Telephone (702) 805-0290<br>Facsimile (702) 805-0291<br>Email: kevans@efstriallaw.com<br>Email: cfears@efstriallaw.com<br><br>Craig N. Killen, Esq.<br>(Pro Hac To Be Filed)<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>310 South College St., Suite 2300<br>Charlotte, NC 28202<br>Telephone: (704) 417-3127<br>Facsimile: (803) 255-9831<br>Email: craig.killen@nelsonmullins.com<br><br>*Attorneys for Defendant Synergy CHC Corp.* | Paul A. Stewart, Esq.<br>(admitted pro hac vice)<br>Ali S. Razai, Esq.<br>(admitted pro hac vice)<br>Nicole R. Townes, Esq.<br>(admitted pro hac vice)<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Telephone (949) 760-0404<br>Facsimile: (949) 760-9502<br>Email: paul.stewart@knobbe.com<br>Email: ali.razai@knobbe.com<br>Email: nicole.townes@knobbe.com<br><br>F. Christopher Austin, Esq.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>Telephone: (702) 382-4804<br>Facsimile: (702) 382-4805<br><br>*Attorneys for Plaintiff Trove Brands, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2021