# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SYNERGY CHC CORP. d/b/a FLAT TUMMY CO., a Nevada corporation,<br><br>Defendant. | CASE NO.: 2:21-CV-00624-MMD-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Defendant Synergy CHC Corp. and Plaintiff Trove Brands LLC, through their respective counsel, that the time for Defendant to respond to the Complaint is extended for 14 days, up to and including July 30, 2021. The parties are far along in settlement discussions and drafts of a written settlement agreement have been exchanged. The parties believe there is a good possibility that an early settlement of this matter can be reached within the extended time to answer requested above. Thus, the parties intend to use this time to continue

discussing finalization of the settlement agreement. This is the third such request by the parties.

Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including July 30, 2021, for Defendant Synergy CHC Corp. to respond to the Complaint.

Dated this 15th day of July, 2021.

| EVANS FEARS & SCHUTTERT LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|---|---|
| By: /s/ Chad R. Fears | By: /s/ Nicole R. Townes |
| Kelly A Evans, Esq.<br>Nevada Bar No. 7691<br>Chad R. Fears, Esq.<br>Nevada Bar No. 6970<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br>Telephone (702) 805-0290<br>Facsimile (702) 805-0291<br>Email: kevans@efstriallaw.com<br>Email: cfears@efstriallaw.com | Paul A. Stewart, Esq. (admitted pro hac vice)<br>Ali S. Razai (admitted pro hac vice)<br>Nicole R. Townes (admitted pro hac vice)<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Telephone (949) 760-0404<br>Facsimile: (949) 760-9502<br>Email: paul.stewart@knobbe.com<br>Email: ali.razai@knobbe.com<br>Email: nicole.townes@knobbe.com |
| Craig N. Killen, Esq. (Pro Hac To Be Filed)<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>310 South College St., Suite 2300<br>Charlotte, NC 28202<br>Telephone: (704) 417-3127<br>Facsimile: (803) 255-9831<br>Email: craig.killen@nelsonmullins.com | F. Christopher Austin, Esq.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>Telephone: (702) 382-4804<br>Facsimile: (702) 382-4805<br><br>*Attorneys for Plaintiff Trove Brands, LLC* |
| *Attorneys for Defendant Synergy CHC Corp.* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 16, 2021